**In The Interest of T.E., a minor.**

**No. ED 81293.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 20, 2003.

Joseph P. Cunningham, Crystal City, MO, for appellant.

Theodore R. Allen, Jr., Hillsboro, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE G. CRAHAN, J.

*ORDER*

PER CURIAM.

Father appeals the termination of his parental rights with respect to his alleged son, T.E. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no precedential value. We have, however, provided the parties a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).